IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>Acer, Inc.; Acer America Corporation; Apple, Inc.; ASUS Computer International; ASUSTeK Computer Inc.; Dell Inc.; Fujitsu Ltd.; Fujitsu America, Inc.; Gateway, Inc.; Hewlett Packard Co.; HP Development Company LLC; Sony Corporation; Sony Corporation of America; Sony Electronics Inc.; Toshiba Corporation; Toshiba America, Inc.; and Toshiba America Information Systems, Inc.;<br><br>    Defendants. | Civil Action File<br><br>No. 6:09cv448<br><br><br><br><br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT
OF U.S. ETHERNET INNOVATIONS, LLC**

NOW COMES Plaintiff U.S. Ethernet Innovations, LLC ("USEI") and, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that:

1. USEI is a limited liability company headquartered in Tyler, Texas.

2. The parent company of USEI is Parallel Technology, LLC.

3. No publicly traded company owns more than ten percent (10%) of USEI.

Respectfully submitted, this 9th day of October, 2009.

        WARD & SMITH LAW FIRM

        */s/ Johnny Ward*
        T. John Ward, Jr.
        (State Bar No. 00794818)
        P. O. Box 1231
        Longview, Texas 75606-1231
        (903) 757-6400 (telephone)
        (903) 757-2323 (fax)
        jw@jwfirm.com

        and

        John C. Herman
        Ryan K. Walsh
        E. Joseph Benz III
        Jason S. Jackson
        Peter M. Jones
        Jessica K. Redmond
        **Coughlin Stoia Geller**
            **Rudman & Robbins, LLP**
        3424 Peachtree Street, N.E.
        Suite 1650
        Atlanta, Georgia 30326
        (404) 504-6500 (telephone)
        (404) 504-6501 (facsimile)
        jherman@csgrr.com
        rwalsh@csgrr.com
        jbenz@csgrr.com
        jjackson@csgrr.com
        pjones@csgrr.com
        jredmond@csgrr.com

        Attorneys for Plaintiff
        U.S. Ethernet Innovations, LLC