IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br><br>    Plaintiff,<br><br> vs.<br><br>Acer, Inc.; Acer America Corporation; Apple, Inc.; ASUS Computer International; ASUSTeK Computer Inc.; Dell Inc.; Fujitsu Ltd.; Fujitsu America, Inc.; Gateway, Inc.; Hewlett Packard Co.; HP Development Company LLC; Sony Corporation; Sony Corporation of America; Sony Electronics Inc.; Toshiba Corporation; Toshiba America, Inc.; and Toshiba America Information Systems, Inc.,<br><br>    Defendants. | Civil Action File<br><br>No. 6:09-cv-448-LED<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF U.S. ETHERNET INNOVATIONS, LLC'S
NOTICE OF COMPLIANCE WITH DISCLOSURES
PURSUANT TO PATENT RULES 3-1 AND 3-2**

NOW COMES Plaintiff and files this Notice of Compliance with Patent Rules 3-1 and 3-2. Pursuant to the Court's Order dated February 1, 2010, and Local Patent Rules 3-1 and 3-2, Plaintiff timely served its initial disclosures for all Defendants on a counsel for each Defendant (except where instructed otherwise) under Rules 3-1 and 3-2 this day by Federal Express.

Respectfully submitted, this 5th day of March, 2010.

        **COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP**

        /s/ Jason S. Jackson
        John C. Herman
        Ryan K. Walsh
        Peter M. Jones
        Jason S. Jackson
        Jessica K. Redmond
        3424 Peachtree Street, N.E.
        Suite 1650
        Atlanta, Georgia 30326
        (404) 504-6500 (telephone)
        (404) 504-6501 (facsimile)
        jherman@csgrr.com
        rwalsh@csgrr.com
        pjones@csgrr.com
        jjackson@csgrr.com
        jredmond@csgrr.com

        and

        T. John Ward, Jr.
        Wesley Hill
        **WARD & SMITH LAW FIRM**
        P. O. Box 1231
        Longview, Texas 75606-1231
        (903) 757-6400 (telephone)
        (903) 757-2323 (facsimile)
        jw@jwfirm.com
        wh@jwfirm.com

        Attorneys for Plaintiff
        U.S. Ethernet Innovations, LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 5th day of March, 2010.

/s/     Jason S. Jackson