**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Acer, Inc., Acer America Corporation, Apple, Inc., ASUS Computer International, ASUSTeK Computer Inc., Dell Inc., Fujitsu Ltd., Fujitsu America, Inc., Gateway, Inc., Hewlett Packard Co., HP Development Company LLC, Sony Corporation, Sony Corporation of America, Sony Electronics Inc., Toshiba Corporation, Toshiba America, Inc., and Toshiba America Information Systems, Inc.,<br><br>    Defendants. | Case No. 6:09-CV-448-LED |

**INTEL CORPORATION'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY**
**IN SUPPORT OF MOTION TO INTERVENE**

Intel's motion to intervene (Dkt. 107) is pending. USEI continues to oppose this motion, despite USEI's specific allegations against numerous Intel products in its Rule 3-1 Infringement Contentions.

USEI has now served two subpeonas on Intel seeking extensive discovery, as though Intel were a party in this case. One subpoena seeks a 30(b)(6) deposition of Intel on topics that essentially cover every aspect of the design, development, manufacture, marketing and sale of Intel's networking products implicated by USEI in this case, underscoring Intel's extensive involvement in this case. These topics also go beyond Intel's own products, and seek Intel's knowledge of the USEI patents in suit and earlier litigations relating to these patents, the inventors of the patents in suit, and even Intel's own licensing and indemnity policies. (See

Exhibit A, USEI Subpoena to Intel to Produce Documents.) USEI served a companion subpoena for production of documents on essentially the same topics. (Exhibit B, USEI Subpoena to Intel for Deposition.)

In short, USEI is treating Intel as a party for purposes of discovery while still trying to deny Intel the opportunity to participate in this case as a party. Intel requests that the Court grant its motion to intervene.

Dated:  April 1, 2010                              Respectfully submitted,

                FISH & RICHARDSON P.C.

                By:  */s/ Garland T. Stephens*
                   Garland T. Stephens, Lead Attorney
                   (24053910)
                   David J. Healey (09327980)
                   Benjamin C. Elacqua (24055443)
                   John P. Brinkmann (24068091)
                   **FISH & RICHARDSON P.C.**
                   1221 McKinney Street
                   Suite 2800
                   Houston, TX 77010
                   (713) 654-5300
                   Fax: (713) 652-0109
                   stephens@fr.com
                   healey@fr.com
                   elacqua@fr.com
                   brinkman@fr.com

                   John W. Thornburgh
                   Seth M. Sproul
                   **FISH & RICHARDSON P.C.**
                   12390 El Camino Real
                   San Diego, CA 92130
                   (858) 678-5070
                   Fax: (858) 678-5099
                   thornburgh@fr.com
                   sproul@fr.com

                Counsel for INTEL CORPORATION

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 1, 2010 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                            /s/ Stacci H. Mahadeo