IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br><br>                    Plaintiff,<br><br>    vs.<br><br>Acer, Inc.; Acer America Corporation; Apple, Inc.; ASUS Computer International; ASUSTeK Computer Inc.; Dell Inc.; Fujitsu Ltd.; Fujitsu America, Inc.; Gateway, Inc.; Hewlett Packard Co.; HP Development Company LLC; Sony Corporation; Sony Corporation of America; Sony Electronics Inc.; Toshiba Corporation; Toshiba America, Inc.; and Toshiba America Information Systems, Inc.,<br><br>                    Defendants.<br><br>**and**<br><br>U.S. Ethernet Innovations, LLC,<br><br>                    Plaintiff,<br><br>    vs.<br><br>AT&T Inc.; Barnes & Noble, Inc.; Claire's Stores, Inc.; J. C. Penney Company, Inc.; Sally Beauty Holdings, Inc.; and Home Depot U.S.A., Inc.,<br><br>                  Defendants. | Civil Action File<br>No. 6:09-cv-448-LED<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Civil Action File<br>No. 6:10-cv-86 |

**[PROPOSED] ORDER**

      The COURT, having considered Plaintiff U.S. Ethernet Innovations, LLC's Motion to Consolidate, concludes that the motion is well taken and should be GRANTED. Accordingly, it is hereby ORDERED THAT that action *U.S. Ethernet Innovations, LLC v. AT&T, Inc.*, Civil Action

- 2 -

File No. 6:10-CV-86 shall be consolidated into action *U.S. Ethernet Innovations, LLC, v. Acer Inc.,* Civil Action File No. 6:09-CV-448-LED.  All further pleadings will be filed only in case No. 6:09-cv-448-LED.