IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br><br>              Plaintiff,<br><br>vs.<br><br>Acer, Inc.; Acer America Corporation; Apple, Inc.; ASUS Computer International; ASUSTeK Computer Inc.; Dell Inc.; Fujitsu Ltd.; Fujitsu America, Inc.; Gateway, Inc.; Hewlett Packard Co.; HP Development Company LLC; Sony Corporation; Sony Corporation of America; Sony Electronics Inc.; Toshiba Corporation; Toshiba America, Inc.; and Toshiba America Information Systems, Inc.,<br><br>              Defendants. | Civil Action File<br>No. 6:09-cv-448-LED |

**PLAINTIFF U.S. ETHERNET INNOVATIONS, LLC'S RESPONSE TO INTEL CORPORATION'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO INTERVENE**

In support of its Motion to Intervene, non-party Intel Corporation ("Intel") has now filed a brief, a reply brief, a notice of supplemental authority, and a second notice of supplemental authority. Notwithstanding these serial filings, Intel has yet to produce a single Indemnification Agreement, despite its prior agreement to provide them to Plaintiff U.S. Ethernet Innovations, LLC ("USEI") several weeks ago. In addition, while NVIDIA Corporation has stated that its proposed intervention will not impact the current deadlines in the Docket Control Order, Intel has made no such statements in any of its many filings. The absence of such a statement is

telling and raises concerns that Intel may be seeking to delay this action through its intervention. For these reasons and those set forth in USEI's prior filings, USEI respectfully requests that the Court deny Intel's motion to intervene, or, in the alternative, defer a decision on the motion until such time as Intel has established standing to intervene in this action.

Respectfully submitted, this 8th day of April, 2010.

COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP

/s/ Ryan K. Walsh
John C. Herman
Ryan K. Walsh
Peter M. Jones
Jason S. Jackson
Jessica K. Redmond
3424 Peachtree Street, N.E., Suite 1650
Atlanta, Georgia 30326
(404) 504-6500 (telephone)
(404) 504-6501 (facsimile)
jherman@csgrr.com
rwalsh@csgrr.com
pjones@csgrr.com
jjackson@csgrr.com
jredmond@csgrr.com

and

T. John Ward, Jr.
Wesley Hill
WARD & SMITH LAW FIRM
P. O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (fax)
jw@jwfirm.com
wh@jwfirm.com

Attorneys for Plaintiff
U.S. Ethernet Innovations, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/     Ryan K. Walsh

514120_1