IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Acer, Inc.; Acer America Corporation; Apple, Inc.; ASUS Computer International; ASUSTeK Computer Inc.; Dell Inc.; Fujitsu Ltd.; Fujitsu America, Inc.; Gateway, Inc.; Hewlett Packard Co.; Sony Corporation; Sony Corporation of America; Sony Electronics Inc.; Toshiba Corporation; Toshiba America, Inc.; and Toshiba America Information Systems, Inc.,<br><br>Defendants. | Civil Action File<br>No. 6:09-cv-448-JDL |

**PLAINTIFF U.S. ETHERNET INNOVATIONS, LLC'S
NOTICE OF NON-OPPOSITION
TO MARVELL SEMICONDUCTOR, INC.'S MOTION TO INTERVENE**

COMES NOW Plaintiff U.S. Ethernet Innovations, LLC, and hereby informs the Court that, based on the representations in Marvell Semiconductor, Inc.'s ("Marvell") Motion to Intervene that Marvell intends to abide by the deadlines in the Docket Control and Discovery Orders currently in place if it is permitted to intervene in this action, USEI will not oppose Marvell's Motion to Intervene.

Respectfully submitted, this 12th day of May, 2010.

        ROBBINS GELLER RUDMAN
          & DOWD LLP


        By:  /s/ Ryan K. Walsh

        John C. Herman
        Ryan K. Walsh
        Peter M. Jones
        Jason S. Jackson
        Jessica K. Redmond
        3424 Peachtree Street, N.E.
        Suite 1650
        Atlanta, Georgia 30326
        (404) 504-6500 (telephone)
        (404) 504-6501 (facsimile)
        jherman@rgrdlaw.com
        rwalsh@rgrdlaw.com
        pjones@rgrdlaw.com
        jjackson@rgrdlaw.com
        jredmond@rgrdlaw.com

        and

        T. John Ward, Jr.
        Wesley Hill
        WARD & SMITH LAW FIRM
        P. O. Box 1231
        Longview, Texas 75606-1231
        (903) 757-6400 (telephone)
        (903) 757-2323 (fax)
        jw@jwfirm.com
        wh@jwfirm.com


        Attorneys for Plaintiff
        U.S. Ethernet Innovations, LLC

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/   Ryan K. Walsh