IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| U.S. ETHERNET INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil No. 6:09-cv-448-JDL |
| ACER, INC., | § § | |
| ACER AMERICA CORP., | § | |
| APPLE, INC., | § | |
| ASUS COMPUTER, INTERNATIONAL, | § | JURY TRIAL DEMANDED |
| ASUSTeK COMPUTER, INC., | § | |
| DELL INC., | § | |
| FUJITSU LTD., | § | |
| FUJUITSU AMERICA, INC., | § | |
| GATEWAY, INC., | § | |
| HEWLETT PACKARD, CO., | § | |
| HP DEVELOPMENT COMPANY LLC, | § | |
| SONY CORP. OF AMERICA, | § | |
| SONY ELECTRONICS, INC., | § | |
| TOSHIBA CORP., | § | |
| TOSHIBA AMERICA, INC., AND | § | |
| TOSHIBA AMERICA       INFORMATION SYSTEMS, INC., | § § § | |
| Defendants. | § | |

**ORDER**

Before the Court is NVIDIA Corporation's ("NVIDIA") Motion to Intervene (Doc. No. 157) and Marvell Semiconductor, Inc.'s ("Marvell") Motion to Intervene (Doc. No. 215). Both movants seek to intervene in this case pursuant to Rule 24 of the Federal Rules of Civil Procedure. Plaintiff U.S. Ethernet Innovations, LLC's ("USEI") previously opposed the NVIDIA motion, but on May 12, 2010 USEI filed Notices (Doc. Nos. 228, 229) informing the Court that it is withdrawing its opposition as to NVIDIA and will not oppose Marvell's request to intervene in this case.

In light of the Motions now being unopposed, the Court **GRANTS** NVIDIA and Marvell's Motions to Intervene (Doc. Nos. 157, 215). As requested by USEI, both intervenors are **ORDERED** to abide by the deadlines in the Docket Control and Discovery Orders currently in place for this case. NVIDIA is **GRANTED** leave to file its Complaint in Intervention as it was proposed in the Motion (Doc. No. 157–1), and the Court recognizies Marvell's Complaint in Intervention as it was filed on May 10, 2010 (Doc. No. 225).

**So ORDERED and SIGNED this 17th day of May, 2010.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE