**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| U.S. Ethernet Innovations, LLC, ) | |
| ) | Civil Action No. 6:09-cv-448-JDL |
| Plaintiff, ) | |
| v. ) | JURY |
| ) | |
| Acer, Inc.; Acer America Corporation; Apple, ) | |
| Inc.; Asus Computer International; Asustek ) | |
| Computer Inc.; Dell Inc.; Fujitsu Ltd.; Fujitsu ) | |
| America, Inc.; Gateway, Inc.; Hewlett Packard ) | |
| Co.; Sony Corporation; Sony Corporation of ) | |
| America; Sony Electronics Inc.; Toshiba ) | |
| Corporation; Toshiba America, Inc.; Toshiba ) | |
| America Information Systems, Inc.; ) | |
| ) | |
| Defendants; ) | |
| ) | |
| and ) | |
| ) | |
| Intel Corporation; Marvell Semiconductor, Inc.; ) | |
| Nvidia Corporation; and Atheros ) | |
| Communications Inc. ) | |
| ) | |
| Intervenors. ) | |
| ) | |
| ) | |
| ) | |

**DEFENDANT TOSHIBA AMERICA, INC.'S NOTICE OF COMPLIANCE WITH**
**LOCAL PATENT RULES 3-3 AND 3-4**

Pursuant to the Court's March 29, 2010 Docket Control Order, as modified by the Court's May 24, 2010 Order, defendant Toshiba America, Inc. has complied with Local Patent Rules 3-3 and 3-4, having served Rule 3-3 disclosures on plaintiff U.S. Ethernet Innovations, LLC and produced Rule 3-4(b) documents on June 4, 2010, and having produced Rule 3-4(a) documents on June 29, 2010.

                                     Respectfully Submitted

Dated: June 30, 2010                By:   */s/ Irfan A. Lateef*

                                     Melvin R. Wilcox, III
                                     Attorney-In-charge
                                     Texas State Bar No. 21454800
                                     YARBROUGH WILCOX, PLLC
                                     100 E. Ferguson, Suite 1015
                                     Tyler, TX 75702
                                     Telephone: (903) 595-3111
                                     Facsimile: (903) 595-0191
                                     mrw@yw-lawfirm.com

                                     Craig S. Summers
                                     Irfan A. Lateef
                                     Marko R. Zoretic
                                     Brian C. Claassen
                                     KNOBBE, MARTENS, OLSON & BEAR, LLP
                                     2040 Main Street, Fourteenth Floor
                                     Irvine, CA  92614
                                     Telephone:  (949) 760-0404
                                     Facsimile:  (949) 760-9502
                                     craig.summers@kmob.com
                                     irfan.lateef@kmob.com
                                     marko.zoretic@kmob.com
                                     brian.claassen@kmob.com

                                     Attorneys for Defendants TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., and TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all other counsel of record not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email on this the 30th day of June, 2010.

                                  */s/ Irfan A. Lateef*
                                      Irfan A. Lateef

9279999
063010